UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRYLE POINDEXTER,
Plaintiff,
v.                                       Case No. 8:25-cv-1138-MSS-TGW

NELNET, INC.,
DBA FIRSTMARK SERVICES LLC,
Defendant.

**REPORT AND RECOMMENDATION**

THIS CAUSE came on to be heard upon the referral of this case to the IDEAL program. A case management hearing was scheduled for May 16, 2025, at 11:30 a.m. The Clerk's office sent a notice of the hearing to the plaintiff.

At the time of the hearing, counsel for the defendant appeared, but the plaintiff was not present. I gave the plaintiff a grace period of 20 minutes after the scheduled time to appear. He did not appear or request a continuance.

Local Rule 3.10 provides that "[a] plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Under these circumstances, I recommend that a show cause order be

issued to the plaintiff why this case should not be dismissed for lack of prosecution.

Respectfully submitted,

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

DATED: MAY 20, 2025

## NOTICE TO PARTIES

The parties have fourteen days from the date they are served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. 636(b)(1)(C). Under 28 U.S.C. 636(b)(1), a party's failure to object to this report's proposed findings and recommendations waives that party's right to challenge on appeal the district court's order adopting this report's unobjected-to factual findings and legal conclusions.