UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRYLE POINDEXTER

    Plaintiff,                          8:25-cv-01138-MSS-TGW

vs.

NELNET, INC. DBA FIRSTMARK
SERVICES LLC

    Defendant.
_____/

## **OBJECTION TO THE IDEAL PROGRAM AS DIRECTED BY ECF 25**

Defendant Nelnet Servicing, LLC d/b/a Firstmark Services, LLC objects to the Court ordered IDEAL Program, in accordance with this Court's Order of September 15, 2025 (ECF 25).

                                              /s/ *Naomi M. Berry*
                                              Daniel C. Johnson, Lead Counsel
                                              Florida Bar No. 522880
                                              Naomi M. Berry
                                              Florida Bar No. 69916
                                              Carlton Fields, P.A.
                                              200 South Orange Avenue, Ste. 1000
                                              Orlando, FL 32801-3456
                                              Telephone:  (407) 849-0300
                                              Facsimile:  (407) 648-9099
                                              Email: djohnson@carltonfields.com
                                              nberry@carltonfields.com
                                              *Attorneys for Nelnet Servicing, LLC, improperly named as "Nelnet, Inc. d/b/a Firstmark Services LLC"*

141692062.1

## CERTIFICATE OF SERVICE

I hereby certify that on **September 24, 2025**, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system thereby serving all registered users in this case. I further certify that a copy of the foregoing was served by U.S. mail to the following:

Tryle Poindexter
3123 Diamond Knot Cir.
Tampa, FL 33607

*Pro Se Plaintiff*

/s/  *Naomi M. Berry*