UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TRYLE POINDEXTER,**

    Plaintiff,

v.                                  Case No: 8:25-cv-01138-MSS-TGW

**NELNET INC., d/b/a**
**FIRSTMARK SERVICES, LLC,**

    Defendant.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Amended Motion to Stay Proceedings and Compel Binding Individual Arbitration (FAA §§ 3-4) (the "Motion"), (Dkt. 16), Defendant's response in opposition to the Motion, (Dkt. 20), and Plaintiff's reply in support of the Motion. (Dkt. 22) On August 13, 2025, United States Magistrate Judge Thomas G. Wilson issued a Report and Recommendation, which recommended that Plaintiff's Motion be denied. (Dkt. 23) Judge Wilson found that the subject agreement provides a contractual right to compel arbitration to Defendant but not Plaintiff where, as in this case, a claim filed in small claims court is removed to federal court. (Id. at 5) Judge Wilson also found that Plaintiff acted inconsistently with, and thus waived, any right to compel arbitration by filing a lawsuit in small claims court and by filing in this Court an amended complaint despite also filing a motion to compel arbitration. (Id. at 7–8) Accordingly, Judge

Wilson recommended the Court deny the Motion. (Id. at 9) Plaintiff has not filed an objection to the Report and Recommendation, and the deadline for doing so has passed.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court concludes that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

2

1. The Report and Recommendation, (Dkt. 23), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Amended Motion to Stay Proceedings and Compel Binding Individual Arbitration (FAA §§ 3-4), (Dkt. 16), is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of October 2025.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person