**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**TRYLE POINDEXTER,**

**Plaintiff,**

**v.** **Case No: 8:25-cv-01138-MSS-TGW**

**NELNET INC., d/b/a**
**FIRSTMARK SERVICES, LLC,**

**Defendant.**

---

# ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) (the "Motion"), (Dkt. 37), and Defendant's Notice of Non-Objection to Plaintiff's Motion for Voluntary Dismissal (the "Notice"). (Dkt. 38) The Court finds that the Motion is due to be granted.

Plaintiff states in the Motion that "Plaintiff seeks dismissal of this action without prejudice so that he may gather additional evidence, review further documentation, and refile a more complete and fully developed complaint." (Dkt. 37 at 1) Plaintiff also "requests that each party bear its own attorneys' fees and costs." (Id.)

Defendant states in the Notice that Defendant "has no objections to the Court issuing an order in accordance with the Plaintiff's motion dismissing the current

action, including all counts, without prejudice, with each party to bear its own fees and costs." (Dkt. 38 at 1)

Accordingly, it is **ORDERED** that:

1. Plaintiff's Motion for Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2), (Dkt. 37), is **GRANTED**.
2. This case is **DISMISSED WITHOUT PREJUDICE**. Each Party shall bear its own attorneys' fees and costs associated with this matter.
3. Any pending motions are **DENIED WITHOUT PREJUDICE** as moot. The **Clerk** is **DIRECTED** to **TERMINATE** any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of April 2026.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person